**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBIN JONES, et. al., | ) | Case No.: 14-CV-02316-LHK |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | ORDER DISMISSING CASE WITH PREJUDICE |
| NARCONON OF NORTHERN CALIFORNIA, et. al., | ) | |
| Defendants. | ) | |

In compliance with the Court's August 13, 2014 Order, ECF. No. 28, the parties have filed a stipulation selecting a meditator and arbitrator and requesting dismissal of the case. The Court GRANTS the stipulation to dismiss the case, and does so with prejudice.

The Court VACATES the case management conference set for October 8, 2014.

The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: September 4, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02316-LHK
ORDER DISMISSING CASE WITH PREJUDICE